U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Oct 09 - 2026
John M. Domurad, Clerk

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**SUAD SASIC,**

**Defendant**

Case No. 1:26-MJ-238 (PJE)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of November 8, 2022 and November 5, 2024 in the county of Saratoga in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 611 | Voting by Alien |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Kevin C. Donovan
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 9, 2026

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Kevin C. Donovan, being duly sworn, deposes and states that he is a Special Agent with Homeland Security Investigations, and charges as follows:

## COUNT ONE
**[Voting by Alien]**

1. On or about November 8, 2022, in Saratoga County in the Northern District of New York, the defendant, SUAD SASIC, an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for Member of the United States Senate and Member of the United States House of Representatives, in violation of 18 U.S.C. § 611.

## COUNT TWO
**[Voting by Alien]**

2. On or about November 5, 2024, in Saratoga County in the Northern District of New York, the defendant, SUAD SASIC, an alien, knowing he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives, in violation of 18 U.S.C. § 611.

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I have been a Special Agent with Homeland Security Investigations (HSI) since October 2025. I am assigned to the Assistant Special Agent in Charge (ASAC) Albany, New York field office.

4. I have 32 years of law enforcement experience. I began my law enforcement career as a police officer in New Jersey, serving nine years as a patrol officer and one year as an undercover detective with a drug task force. I then served 21 years as a Special Agent with the Federal Bureau of Investigation (FBI), ultimately retiring as a member of the FBI's Senior Executive Service.

5. I returned to federal service in October 2025 as a Special Agent with HSI and have since received training in immigration law and enforcement. I have worked extensively in support of Immigration and Customs Enforcement's Enforcement and Removal Operations team in Albany, and conducted and supported HSI investigations of a variety of criminal violations. As a Special Agent with HSI, I have gained experience enforcing immigration laws and determining citizenship, including by reviewing immigration records. I have also gained experience investigating crimes involving voting by aliens.

6. This affidavit is based upon my personal participation in the investigation of this matter; conversations with other law enforcement officers and witnesses; review of immigration and voter records; and my training and experience.

7. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where

the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where dates are set forth herein, they are approximate, unless stated otherwise.

## PROBABLE CAUSE

8. A review of immigration and public records reveals that SASIC is a citizen of Bosnia. He is not and has never been a United States citizen. For the past five years, SASIC has lived in Halfmoon, New York.

9. Ballot certifications obtained from the New York State Board of Elections official website reveal that (i) the general election held on November 8, 2022, included candidates for the United States Senate and the United States House of Representatives, and (ii) the general election held on November 5, 2024, included candidates for President, Vice President, the United States Senate, and the United States House of Representatives.

10. Records obtained from the Saratoga County Board of Elections reveal that SASIC voted in, among other elections, the general elections held on November 8, 2022, and November 5, 2024.

11. On September 15, 2026, I interviewed SASIC. He stated, among other things, that: (i) he knows he is not a United States citizen; (ii) he believes he may have registered to vote through the New York State Department of Motor Vehicles; (iii) he knows only United States citizens are permitted to vote; (iv) he voted in the general election on November 8, 2022; and (v) he voted in the general election on November 5, 2024.

## CONCLUSION

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that SUAD SASIC, an alien, knowingly voted in federal elections, in violation of 18 U.S.C. § 611.

Attested to by the affiant.

Respectfully submitted,

Kevin C. Donovan
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by TEAMS on October 9th, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge